IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| J&J SPORTS PRODUCTIONS, INC, <br> as Broadcast Licensee of the June 7, 2014 <br> Miguel Cotto v. Sergio Martinez WBC <br> Welterweight Championship Fight Program, <br><br> Plaintiff, <br><br> v. <br><br> 1) BEEFY'S 2 LIMITED LIABILITY <br> COMPANY, individually and d/b/a BEEFY'S <br> a/k/a BEEFY'S FAT BURGERS, TACOS AND <br> DOGS; and <br> 2) MARISELA VALENZUELA, individually and <br> d/b/a BEEFY'S a/k/a BEEFY'S FAT BURGERS, <br> TACOS AND DOGS, <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § | Civil Action No. 1:17-cv-00118 |

## MOTION FOR ENTRY OF AGREED JUDGMENT

Plaintiff J&J Sports Productions, Inc. ("Plaintiff") and Defendants 1) Beefy's 2 Limited Liability Company, individually and d/b/a Beefy's a/k/a Beefy's Fat Burgers, Tacos and Dogs; and 2) Marisela Valenzuela, individually and d/b/a Beefy's a/k/a Beefy's Fat Burgers, Tacos and Dogs (collectively "Defendants") announce to the Court that the parties request entry of the attached *Agreed Judgment*.

Therefore, Plaintiff requests that the Court sign the *Agreed Judgment* attached hereto that has been executed by the parties.

Respectfully submitted,

By: _____
    David M. Diaz
    Attorney-in-charge
    State Bar No. 24012528
    Southern District Bar No. 889588
    ddiaz@kbdtexas.com
    Andrew R. Korn
    Of Counsel
    State Bar No. 11683150
    Southern District Bar No. 13801
    akorn@kbdtexas.com

THE KORN DIAZ FIRM
4221 Avondale Ave.
Dallas, Texas 75219
(214) 521-8800 – Telephone
(214) 521-8821 – Telecopy
www.kbdtexas.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

Pursuant to FED. R. CIV. P. 5(b) and Southern District of Texas Local Rule 5.5, I certify that a copy of this instrument was served on February 21, 2018, as follows:

Dennis Sanchez                                  VIA E-MAIL
SANCHEZ WHITTINGTON & WOOD, LLC    dsanchez@swjz.com
3505 Boca Chica Blvd, Suite 100
Brownsville, Texas 78521

ATTORNEY FOR DEFENDANTS

By: _____
    David M. Diaz