Case 1:17-cv-00118   Document 16   Filed on 02/26/18 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
February 26, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC, as Broadcast Licensee of the June 7, 2014 Miguel Cotto v. Sergio Martinez WBC Welterweight Championship Fight Program, <br><br>    Plaintiff, <br><br> v. <br><br> 1) BEEFY'S 2 LIMITED LIABILITY COMPANY, individually and d/b/a BEEFY'S a/k/a BEEFY'S FAT BURGERS, TACOS AND DOGS; and <br> 2) MARISELA VALENZUELA, individually and d/b/a BEEFY'S a/k/a BEEFY'S FAT BURGERS, TACOS AND DOGS, <br><br>    Defendants. | § § § § § § § § § § § § § § § § § § § <br><br> Civil Action No. 1:17-cv-00118 |

## AGREED JUDGMENT

Plaintiff J&J Sports Productions, Inc. ("Plaintiff") and Defendants 1) Beefy's 2 Limited Liability Company, individually and d/b/a Beefy's a/k/a Beefy's Fat Burgers, Tacos and Dogs; and 2) Marisela Valenzuela, individually and d/b/a Beefy's a/k/a Beefy's Fat Burgers, Tacos and Dogs (collectively "Defendants") agree that the Court should sign and cause to be entered this *Agreed Judgment* in favor of Plaintiff and against Defendants.

IT IS, THEREFORE, ADJUDGED and DECREED that Plaintiff recover from Defendants:

- Damages in the amount of $5,000.00;

- Court costs; and

- Interest on all sums awarded herein at the rate of five percent (5%) from the date of entry of this *Agreed Judgment*.

It is ordered that all writs and process for the enforcement and collection of this *Agreed Judgment* may issue as necessary. In connection with any Writ of Execution in this case, the Court

directs the United States Marshals Service to use any means or force reasonably necessary to satisfy this *Agreed Judgment*.

This *Agreed Judgment* is a final judgment. Therefore, any relief not expressly granted herein is denied.

SIGNED this 26th day of Feb, 2018.

Andrew S. Hanen
United States Disctrict Judge

AGREED TO:

By: /s/ David M. Diaz
    David M. Diaz
    Attorney-in-charge
    State Bar No. 24012528
    Southern District Bar No. 889588
    ddiaz@kbdtexas.com
    Andrew R. Korn
    Of Counsel
    State Bar No. 11683150
    Southern District Bar No. 11683150
    akorn@kbdtexas.com

THE KORN DIAZ FIRM
4221 Avondale Avenue
Dallas, Texas 75219
(214) 521-8800 – Telephone
(214) 521-8821 – Facsimile

ATTORNEYS FOR PLAINTIFF

By: /s/ Dennis Sanchez
    Dennis Sanchez
    Attorney-in-Charge
    State Bar No. 17569600
    Federal Admission No. 1594
    dsanchez@swjz.com

SANCHEZ WHITTINGTON & WOOD, LLC
3505 Boca Chica Blvd, Suite 100
Brownsville, Texas 78521
(956) 546-3731 – Telephone
(956) 546-3765 – Facsimile
(956) 546-3766 – Facsimile

ATTORNEY FOR DEFENDANTS